No. 75–1135. PAQUIN ET UX. *v.* CRONK ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1136. SHARP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1139. SANTIAGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1141. REESE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1145. McKITTY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–1149. QUARLES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–1151. NICHOLSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1183. EDWARDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1185. McNULTY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1199. JANSEN *v.* DANN, COMMISSIONER OF PATENTS AND TRADEMARKS. C. C. P. A. Certiorari denied.

No. 75–1204. GALL ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.